IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JARYL ELLIS, MICHAEL HUNTER, TIFFANY JOHNSON, and PAUL ZEIGER, | ) ) ) ) | |
| | ) | 8:10CV3222 |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| | ) | MEMORANDUM AND ORDER |
| ROBERT P. HOUSTON, et. al., | ) ) | |
| Defendants. | ) | |

On March 7, 2011, the Nebraska Ombudsmen's Office filed an objection to the subpoena served upon it by the plaintiffs to produce documents, information, or objects on April 1, 2011. (Filing No 23). The plaintiffs have not responded to the objection.

Accordingly:

IT IS ORDERED:

1) Any obligation, if any, to comply with the subpoena served by the plaintiffs on the Nebraska Ombudsmen's Office is stayed pending further order of the court.

2) If the plaintiffs intend to withdraw their subpoena, they shall file a notice of withdrawal by April 4, 2011. If the plaintiffs oppose the objection (filing no. 23), they shall promptly contact my chambers to set a conference call with the court on this issue. In the absence of either response by the plaintiffs, the subpoena will be quashed.

DATED this 30th day of March, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge