IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JARYL ELLIS, MICHAEL HUNTER, TIFFANY JOHNSON, and PAUL ZEIGER, | ) ) ) ) | |
| Plaintiffs, | ) ) | 8:10CV3222 |
| v. | ) ) | |
| ROBERT P. HOUSTON, et. al., | ) ) ) | MEMORANDUM AND ORDER |
| Defendants. | ) | |

    IT IS ORDERED that the motion to withdraw Michael J. Norton of Burns, Figa & Will, P.C. as an attorney of record for Plaintiffs Jaryl Ellis, Michael Hunter, Tiffany Johnson and Paul Zeiger, (filing no. 30), is granted.

April 8, 2011.                    BY THE COURT:

                                       s/ *Cheryl R. Zwart*
                                       United States Magistrate Judge