IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JARYL ELLIS, MICHAEL HUNTER, TIFFANY JOHNSON, PAUL ZEIGER, MICHAEL JACKSON, and AARON DELANEY, | ) ) ) ) ) | 8:10CV3222 |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | MEMORANDUM AND ORDER |
| ROBERT P. HOUSTON, Director of Nebraska Department of Correctional Services, et. al., | ) ) ) ) ) | |
| Defendants. | ) | |

IT IS ORDERED:

1) The motion to withdraw filed by Ryan C. Gilbride and Linda L. Willard, Assistant Attorneys General, as counsel of record for defendant Chad Miles, (filing no. 57), is granted.

2) On or before July 18, 2011, defendant Chad Miles shall either: 1) obtain the services of substitute counsel and have that attorney file an appearance on his behalf, or (2) file a statement notifying the court of his intent to litigate this case without counsel.

3) The clerk shall mail a copy of this memorandum and order to defendant Chad Miles at 3040 S. 72nd Street, Apt. 67, Lincoln, NE 68506-3706.

DATED this 27th day of June, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge