IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JARYL ELLIS, MICHAEL HUNTER, TIFFANY JOHNSON, PAUL ZEIGER, MICHAEL JACKSON, and AARON DELANEY, | ) ) ) ) ) | 8:10CV3222 |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | MEMORANDUM AND ORDER |
| ROBERT P. HOUSTON, Director of Nebraska Department of Correctional Services, et. al., | ) ) ) ) ) | |
| Defendants. | ) | |

IT IS ORDERED:

1) The parties' motion to continue the progression order deadlines, (filing no. 58), is granted and the progression schedule is modified as follows:

   a. The discovery and deposition deadline is extended to September 14, 2011. Motions to compel discovery must be filed at least 15 days prior to the discovery and deposition deadline.

   b. The deadline for filing motions to dismiss, motions for summary judgment or motions to exclude expert testimony on *Daubert* and related grounds is extended to September 14, 2011.

   c. The trial and pretrial conference dates are not changed. **However, if a dispositive motion is filed on or after August 14, 2011, the trial and pretrial conference may be continued on the court's own motion.**

2) The clerk shall mail a copy of this memorandum and order to defendant Chad Miles at 3040 S. 72nd Street, Apt. 67, Lincoln, NE 68506-3706.

June 27, 2011

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge