IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JARYL ELLIS, MICHAEL HUNTER, TIFFANY JOHNSON, PAUL ZEIGER, MICHAEL JACKSON, and AARON DELANEY, | ) ) ) ) ) | 8:10CV3222 |
| Plaintiffs, | ) ) | MEMORANDUM AND ORDER |
| v. | ) ) | |
| ROBERT P. HOUSTON, et. al., | ) ) | |
| Defendants. | ) | |

After conferring with the parties, and with their consent,

1) The discovery and deposition deadline remains September 14, 2011. Any motion to compel shall be filed on before August 31, 2011.

2) The deadline for filing motions to dismiss, motions for summary judgment or motions to exclude expert testimony on *Daubert* and related grounds remains September 14, 2011.

3) The Pretrial Conference is continued, and will be held before the undersigned magistrate judge on December 15, 2011 at 9:00 a.m. by WebEx conferencing. To facilitate this conferencing method, the parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on December 14, 2011. An email will be sent to counsel of record with the instructions and codes for participating in the pretrial conference by WebEx.

4) The trial of this case is continued, and is now set to commence before the Honorable Richard G. Kopf at 9:00 a.m. on January 9, 2012, or as soon thereafter as the case may be called, for a duration of five (5) trial days, in Courtroom 1, United States Courthouse, Lincoln, Nebraska. Jury selection will be held at commencement of trial.

DATED this 4th day of August, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge