IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JARYL ELLIS, MICHAEL HUNTER, TIFFANY JOHNSON, PAUL ZEIGER, MICHAEL JACKSON, and AARON DELANEY, | ) ) ) ) ) | 8:10CV3222 |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | MEMORANDUM AND ORDER |
| ROBERT P. HOUSTON, Director of Nebraska Department of Correctional Services, et. al., | ) ) ) ) ) | |
| Defendants. | ) | |

After conferring with counsel for the parties,

IT IS ORDERED:

1) The court's text order, (filing no. 89), is stricken.

2) The plaintiff's Motion to Extend Filing Deadlines, (filing no. 83), is granted and the progression order is amended as follows:

   a. The discovery deadline is extended to November 1, 2011.

   b. The deadline for filing motions to dismiss, motions for summary judgment or motions to exclude expert testimony on Daubert and related grounds is extended to November 14, 2011.

   c. The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on February 23, 2012 at 9:00 a.m., and will be conducted by WebEx conferencing. To facilitate this conferencing method, the parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on February 22, 2012. An email will be sent to counsel of record with the instructions and codes for participating in the pretrial conference by WebEx.

      d.      The jury trial is continued to March 5, 2012.  No more than seven days are allocated to the trial of this case and counsel shall plan accordingly.  This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one.

DATED this 9th day of September, 2011.

                          BY THE COURT:

                          *s/ Cheryl R. Zwart*
                          United States Magistrate Judge