IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JARYL ELLIS, et al., | ) | 8:10CV3222 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ROBERT HOUSTON, Director of Nebraska Department of Correctional Services, et al., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED that the parties' joint stipulation for dismissal (filing 88), treated as a motion, is granted, and, accordingly, that all claims asserted by the plaintiff Michael Jackson are dismissed without prejudice.

September 19, 2011.                              BY THE COURT:

*Richard G. Kopf*
United States District Judge