IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JARYL ELLIS, MICHAEL HUNTER, TIFFANY JOHNSON, PAUL ZEIGER, and AARON DELANEY, | ) ) ) ) | 8:10CV3222 |
| Plaintiffs, | ) ) | |
| v. | ) ) | MEMORANDUM AND ORDER |
| ROBERT P. HOUSTON, et. al., | ) ) ) | |
| Defendants. | ) | |

IT IS ORDERED:

1) Defendant Miles' unopposed motion, (filing no. 101), is granted. As to defendant Miles, the deadline for filing a dispositive motion is extended to December 14, 2011.

2) The plaintiffs' unopposed motion to continue, (filing no. 102), is granted. On or before January 3, 2012, the plaintiffs shall file their response to the motion for summary judgment filed by defendants Blakewell, Furby, Haney, Houston, Loock, Runge, Sheair, Staley, and Stoner (filing no. 98), and defendant Miles' anticipated motion for summary judgment.

3) The trial and pretrial conference in this case are continued and will be re-scheduled after the court rules on the parties' dispositive motions.

DATED this 15th day of November, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge