IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JARYL ELLIS, *et al.*, | ) | 8:10CV3222 |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ROBERT P. HOUSTON, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED that Defendants' motion for an enlargement of time (filing 124) is granted, as follows:

Defendants Houston, Bakewell, Loock, Stoner, Haney, Runge, and Furby shall have until January 26, 2012, to file a reply regarding their motion for summary judgment (filing 98).

January 18, 2012.                    BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge