IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JARYL ELLIS, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | 8:10CV3222 |
| | ) | |
| V. | ) | |
| | ) | |
| ROBERT P. HOUSTON, *et al.*, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED that the pretrial conference and trial in this matter are continued pending further order of the court. If this case remains pending following the court's ruling on Defendants' motion for summary judgment, counsel for the parties shall contact the undersigned's chambers within 10 days of the ruling to discuss further progression of this case.

DATED this 13th day of March, 2012.

BY THE COURT:

*S/ Cheryl R. Zwart*
United States Magistrate Judge