IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JARYL ELLIS, *et al.*, | ) | 8:10CV3222 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ROBERT P. HOUSTON, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

Following the issuance of the mandate by the Court of Appeals (filing 142),

IT IS ORDERED:

1. This matter is referred to Magistrate Judge Cheryl R. Zwart for further progression, as appropriate.

2. The clerk of the court shall provide a copy of this order to Judge Zwart.

February 26, 2014.          BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge