IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JARYL ELLIS, MICHAEL HUNTER, TIFFANY JOHNSON, PAUL ZEIGER, MICHAEL JACKSON, AARON DELANEY,<br><br>      Plaintiffs,<br><br>vs.<br><br>ROBERT P. HOUSTON, Director of Nebraska Department of Correctional Services, et. al;<br><br>      Defendants. | 8:10CV3222<br><br>**MEMORANDUM AND ORDER** |

IT IS ORDERED:

The motion to withdraw filed by Staci L. Hartman-Nelson as counsel of record on behalf of Defendant Chad Miles, (filing no. 146), is granted.

March 25, 2014.

            BY THE COURT:

            *s/ Cheryl R. Zwart*
            United States Magistrate Judge