IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JARYL ELLIS, *et al.*, | ) | 8:10CV3222 |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| ROBERT P. HOUSTON, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the parties' joint stipulation (filing 152) and Fed. R. Civ. P. 41(a),

IT IS ORDERED that this action is dismissed with prejudice.

August 6, 2014.                                    BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge